IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DNA GENOTEK INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 15-661-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| SPECTRUM DNA, SPECTRUM SOLUTIONS L.L.C., and SPECTRUM PACKAGING L.L.C., | ) ) **PUBLIC VERSION** ) |
| Defendant. | ) |

## DECLARATION OF GREGG WILLIAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DNA GENOTEK'S MOTION FOR PRELIMINARY INJUNCTION

OF COUNSEL:

Michael Sacksteder
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Melanie Mayer
FENWICK & WEST LLP
1191 Second Avenue
Seattle, WA 94104
Tel: (206) 389-4510

Dated: October 2, 2015
PUBLIC VERSION
Dated: October 9, 2015
/42724

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants Spectrum DNA, Spectrum Solutions L.L.C., and Spectrum Packaging L.L.C.*

I, Gregg Williams, declare as follows:

1. I am the Senior Managing Partner at Spectrum Solutions L.L.C., which was formerly called Spectrum Packaging L.L.C. I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to the matters contained herein.

2. Spectrum Packaging L.L.C. was established in 2005 as a Utah limited liability company. In 2013, Spectrum Packaging L.L.C. changed its name to Spectrum Solutions L.L.C., but remained a privately held Utah limited liability company. Spectrum DNA is a division of Spectrum Solutions L.L.C. Spectrum is involved in the design, development, and manufacture of packaging for a number of industries including cosmetics, bottling, and plastics.

3. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████

4. ████████████████████████████████████████████████████████████
████████████████████████████████████████████.

5. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████.

6. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████.

1

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 2nd day of October, 2015, in Draper, Utah.

Gregg Williams