IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DNA GENOTEK INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-661-SLR |
| | ) |
| SPECTRUM DNA, SPECTRUM SOLUTIONS L.L.C., and SPECTRUM PACKAGING L.L.C., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 4th day of February, 2016, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss for lack of jurisdiction over the person (D.I. 19) is denied without prejudice to renew. Plaintiff may pursue jurisdictional discovery, which discovery shall be completed on or before **June 2, 2016.** Any discovery issues shall be brought to the court's attention via its emergency email procedures.

2. Plaintiff's motion for a preliminary injunction (D.I. 8) is denied without prejudice to renew once the jurisdictional issue has been resolved.

United States District Judge